UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EDWARD LUCKETT,<br>　　　　Petitioner,<br>　　v.<br>RAUL MORALES,<br>　　　　Respondent. | Case No. 22-cv-06634-HSG<br><br>**JUDGMENT** |

　　The Court has DISMISSED the petition for a writ of habeas corpus and DENIED a certificate of appealability.  Judgment is entered in favor of Respondent and against Petitioner.  The Clerk shall terminate all pending motions as moot and close the case.

　　**IT IS SO ORDERED AND ADJUDGED.**

Dated:　　2/21/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge